eration or decision of this petition.

No. 10–9377. TAYLOR v. WILSON, WARDEN. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9386. CAPOCCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–9400. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9402. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–333. SWARTHOUT, WARDEN v. COOKE; and CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION v. CLAY, 562 U. S. 216;

No. 10–6179. PAPPAS ET AL. v. UNITED STATES, 562 U. S. 1182;

No. 10–6283. ADAMS v. HIGH PURITY SYSTEMS, INC., ET AL., 562 U. S. 1223;

No. 10–6953. HACKNEY v. LAFLER, WARDEN, 562 U. S. 1142;

No. 10–7153. HARRIS v. VIRGINIA, 562 U. S. 1114;

No. 10–7356. WINDHAM v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL., 562 U. S. 1152;

No. 10–7359. HANDLEY v. CHASE BANK USA N. A. ET AL., 562 U. S. 1225;

No. 10–7492. JEFFERSON v. MILLER BROTHERS FORD, INC., ET AL., 562 U. S. 1185;

No. 10–7946. WOLTZ v. BAILEY ET AL., 562 U. S. 1230;

No. 10–7969. KEMPPAINEN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 562 U. S. 1230;

No. 10–8413. DEMBRY v. UNITED STATES, 562 U. S. 1244; and

No. 10–8704. IN RE RICHARD, 562 U. S. 1215. Petitions for rehearing denied.